# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.M.C. (a Minor, By and Through Her Parents, HOWARD and NATALIE CUMMINGS), and Guardian Ad Litem, NATALIE JOY CUMMINGS,<br><br>Plaintiffs,<br><br>v.<br><br>VENTURA UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 2:20-cv-09024-SVW-PD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**[F.R.C.P. 41(A)]**<br><br>JS-6 |

Pursuant to the Joint Stipulation of the Parties under Federal Rules of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED:

The entire action is hereby dismissed with prejudice as to all claims, causes of action, and all parties.

Dated: December 29, 2020

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

*Hatch & Cesario*
191 W. Wilbur Road, Suite 102, Thousand Oaks, CA 91360
Telephone: (805) 639-0090 • Facsimile: (805) 980-4218

-1-
**ORDER FOR DISMISSAL WITH PREJUDICE**